

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 1:11-CR-128** |
| | § | |
| **RAMON AGUILERA-ACOSTA** | § | |
| **a/k/a RAMON AGUILAR** | § | |

<u>**MEMORANDUM ORDER**</u>
<u>**ADOPTING FINDINGS OF FACT AND RECOMMENDATION**</u>
<u>**ON DEFENDANT'S GUILTY PLEA**</u>

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal Procedure. Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge [Clerk's Doc. #22]. The magistrate judge recommended that the Court accept the defendant's guilty plea and conditionally accept the plea agreement. He further recommended that the Court finally adjudge the defendant as guilty on Count One of the charging Indictment filed against the defendant in this cause.

The parties have not objected to the magistrate judge's findings. The Court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea [Clerk's Doc. #22] of the United States

Magistrate Judge are **ADOPTED**.  The Court defers acceptance of the plea agreement until after review of the presentence report.

It is further **ORDERED** that, in accordance with the defendant's guilty plea and the magistrate judge's findings and recommendation, the defendant, Ramon Aguilera-Acosta a/k/a Ramon Aguilar, is hereby adjudged as guilty on Count One of the charging Indictment charging a violation of Title 8, United States Code, Section 1326(a).

**SIGNED** this the 4  day of **January, 2012.**

Thad Heartfield
United States District Judge